UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZORAIDA RIVERA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant.<br><br>UNITED STATES OF AMERICA<br><br>Third-party Plaintiff,<br><br>v.<br><br>HECTOR GUTIERREZ<br><br>Third-party Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-12051-MEL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## THIRD PARTY COMPLAINT

Now comes the defendant, United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and files this Third Party Complaint and states as follows:

1. The plaintiff, Zoraida Rivera, has filed suit against the defendant, United States of America. A copy of the Complaint is attached hereto as Exhibit "1."

### JURISDICTION AND VENUE

2. The third-party plaintiff is the United States of America.

3. The third-party defendant, Hector Gutierrez, resides at 1016 Middlesex, No. 15, Lowell, MA 01852.

4. The Court has jurisdiction over this third-party action pursuant to 28 U.S.C. § 1345 as this civil action is commenced by the United States of America.

5. Venue is proper in this District pursuant to 28 U.S.C. §§ 1402(b) and 1391(b) as this is an action brought by the plaintiff in the district where she resides, and, the third-party defendant is a resident of this district.

## FACTS

6. The Complaint against the United States alleges that on October 17, 2002, the plaintiff, Zoraida Rivera was a passenger in a automobile operated by Hector Gutierrez.

7. The Complaint further alleges that the automobile operated by Mr. Gutierrez was traveling on Andover Street at the intersection with High Street in Lowell, MA when it collided with an official government vehicle operated by Marcos Chavez.

8. The plaintiff alleges that Mr. Chavez negligently drove his vehicle and caused injury to the plaintiff.

9. On September 4, 2002, Mr. Gutierrez was deemed a Habitual Traffic Offender by the State of Massachusetts and his license was revoked for four years.

10. The third-party defendant, Hector Gutierrez, was operating the vehicle in which the plaintiff was riding on a revoked license and was cited at the scene of the accident for operating with a revoked license.

11. Mr. Gutierrez negligently drove his vehicle and caused injury to the plaintiff. Mr. Gutierrez is responsible to the extent that any negligence on the part of Mr. Gutierrez caused injury to the plaintiff.

12. If the plaintiff sustained damages and injuries as alleged, such damages and injuries

were caused in whole or in part by the actions of the third-party defendant, Hector Gutierrez.

13. The third-party defendant is liable to the United States in whole or in part for the damages suffered by the plaintiff, if any, which may be adjudged against the United States.

## COUNT I
## NEGLIGENCE

14. The third-party plaintiff, United States of America, repeats and realleges the allegations made in Paragraphs 1 through 13 above, and incorporates them herein by reference.

15. The third-party defendant negligently drove his vehicle and was the direct and proximate cause of any injury caused to the plaintiff.

## PRAYER FOR RELIEF

*Wherefore*, the United States of America demands judgment against the third-party defendant, Hector Gutierrez, as follows:

a. For all sums that may be adjudged against the United States of America in favor of the plaintiff, or, in the alternative,

b. For contribution toward any sum recovered by the plaintiff, and

c. For such other and further relief as the Court may deem proper.

       Respectfully submitted,
       MICHAEL J. SULLIVAN
       United States Attorney

By:   /s/ Jeffrey M. Cohen
      JEFFREY M. COHEN BBO # 643229
      Assistant U.S. Attorney
      John Joseph Moakley U. S. Courthouse
      One Courthouse Way, Suite 9200
      Boston, Massachusetts 02210
      (617) 748-3100
      (617) 748-3969 (facsimile)

CERTIFICATE OF SERVICE

      I hereby certify that on this 16th day of December 2004, the foregoing document was served upon the following:

Michael C. Najjar, Esq.
Marcotte Law Firm
45 Merrimack Street
Lowell, MA 01852
(978) 458-1229

                                      /s/ Jeffrey M. Cohen
                                      Jeffrey M. Cohen