| U.S. Department of Justice | **PROCESS RECEIPT AND RETURN** |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Zoraida Rivera | 04-12051-MEL |
| **DEFENDANT** | **TYPE OF PROCESS** |
| United States of America | Civil |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Hector Gutierrez

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 1016 Middlesex, No. 15., Lowell, MA   01852

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Jeffrey M. Cohen, AUSA
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA   02210

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

[handwritten notes, illegible]

| Signature of Attorney or other Originator requesting service on behalf of: | ☐ PLAINTIFF<br>☒ DEFENDANT | TELEPHONE NUMBER<br>(617) 748-3100 | DATE<br>12/17/04 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 38 | District to Serve<br>No. 38 | Signature of Authorized USMS Deputy or Clerk | Date<br>12/17/04 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Carmen Alejandro (wife) G/F [illegible]

Address (complete only if different than shown above):
4 Murray Ct. (new residence)
Nashua, N-H.

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 12/2/04    Time: 9:10 am

Signature of U.S. Marshal or Deputy: [signature]

| Service Fee<br>$45 | Total Mileage Charges (including endeavors)<br>$29.20 | Forwarding Fee<br>— | Total Charges<br>$74.20 | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

REMARKS:
MS Alejandro willingly accepted svc, she also informed DUSM that MS Zoraida Rivera is the cousin of Hector Gutierrez

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

# United States District Court

DISTRICT OF MASSACHUSETTS

PLAINTIFF
Zoraida Rivera

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

V. DEFENDANT AND THIRD PARTY PLAINTIFF
United States of America

CASE NUMBER: 04-12051-MEL

V. THIRD PARTY DEFENDANT
Hector Gutierrez

04 12051 MEL

TO: (Name and address of Third Party defendant)
Hector Gutierrez
1016 Middlesex, No. 15
Lowell, MA 01852

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY (name and address)
Michael C. Najar, Esq.
Marcotte Law Firm
45 Merrimack Street
Lowell, MA 01852

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address)
Jeffrey M. Cohen, AUSA
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210

an answer to the third-party complaint which is herewith served upon you within ___ days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

CLERK: TONY ANASTAS

DATE: 12-16-04

(BY) DEPUTY CLERK