UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



| | |
|---|---|
| ZORAIDA RIVERA, | * |
| Plaintiff | * |
| | * |
| VS. | *   C.A. NO. 04-12051-MEL |
| | * |
| UNITED STATES OF AMERICA, | * |
| Defendant/Third Party Plaintiff | * |
| | * |
| VS. | * |
| | * |
| HECTOR GUTIERREZ, | * |
| Third Party Defendant | * |

## ANSWER OF THE THIRD PARTY DEFENDANT, HECTOR GUTIERREZ, TO THE THIRD PARTY COMPLAINT

1. The third party defendant alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1.

2. The third party defendant alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2.

3. The third party defendant alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 3.

4. The third party defendant alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 4.

5. The third party defendant alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 5.

6. The third party defendant alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 6.

7. The third party defendant alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 7.

8. The third party defendant alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 8.

9. The third party defendant alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 9.

10. The third party defendant alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 10.

11. The third party defendant denies the allegations contained in Paragraph 11.

12. The third party defendant denies the allegations contained in Paragraph 12.

13. The third party defendant denies the allegations contained in Paragraph 13.

## COUNT I

14. The third party defendant re-avers his answers to paragraphs 1 through 13 inclusive of the complaint as if set forth fully herein.

15. The third party defendant denies the allegations contained in Paragraph1 5.

The third party defendant denies the allegations contained in paragraphs a.-c. of the Ad Damnum Clause.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The third party defendant says that the alleged accident and all the consequences resulting therefrom were due to the negligence on the part of the defendant, United States of America - its agent or employee.

### SECOND AFFIRMATIVE DEFENSE

The third party defendant says that the injury or damage complained of was caused in whole or in part by the negligence of the defendant, United States of America - its agent or employee, and that such negligence equaled or exceeded any negligence on the part of the third party defendant.