UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZORAIDA RIVERA<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>v.<br><br>HECTOR GUTIERREZ | CIVIL ACTION NO.: 04-12051-MEL |

JOINT STATEMENT AND PROPOSED PRE-TRIAL SCHEDULE PURSUANT TO

LOCAL RULE 16.1

Pursuant to Fed.R.Civ.P. 26(f) and Local Rule 16.1(D), the plaintiff, defendant, and third party defendant have conferred and submit the following joint statement and proposed pretrial schedule. A Scheduling Conference is set for April 21, 2005.

I.  BACKGROUND

This case arises from an automobile accident which occurred on October 17, 2002, in Lowell, MA. Plaintiff, Zoraida Rivera, was a passenger in an automobile being driven by Hector Gutierrez. As their auto was traveling along Andover Street, in the area of the intersection with High Street, another vehicle operated by Marcos Chavez was driving through the intersection with Andover and High Streets. The Chavez and Gutierrez vehicles collided. Mr. Chavez was in the course of his employment with the D.E.A, thereby bringing the matter within federal jurisdiction.

Zoraida Rivera brought a personal injury claim against the United States, asserting negligence on the part of Mr. Chavez. The U.S., in turn, brought a third party complaint against Mr. Gutierrez.

II. PROPOSED PRE-TRIAL SCHEDULE

*Initial Disclosures:*

May 5, 2005: to the extent not already completed.

*Amendments to the Pleadings:*

September 30, 2005: amendments to be filed.

*Fact Discovery:*

August 31, 2005, except for depositions of physicians, which shall be completed within 60 days of trial date.

*Summary Judgment Motions:*

November 18, 2005:   for filing of motions for summary judgment.

December 16, 2005:   for filing of oppositions.

III. MAGISTRATE

The parties will consider consent to trial by a Magistrate, but consent is not yet being given.

IV. SETTLEMENT PROPOSAL

Plaintiff has made a settlement demand, which is somewhat complicated (as is any defendant's ability to respond) by Zoraida Rivera's recent surgery and current therapy.

V. CERTIFICATION OF CONSULTATION

The parties will separately file the Certification required by Local Rule 16.1(D)(3).

| | |
|---|---|
| Plaintiff,<br>By her attorney, | Defendant,<br>By its attorney, |
| /s/   Michael C. Najjar<br>Michael C. Najjar, BBO#: 366740<br>MARCOTTE LAW FIRM<br>45 Merrimack Street, Suite 410<br>Lowell, MA 01852-1776<br>(978) 458-1229 | /s/   Jeffrey M. Cohen<br>Jeffrey M. Cohen, BBO#: 643229<br>Assistant U.S. Attorney<br>John J. Moakley Courthouse<br>One Courthouse Way, Suite 9200<br>Boston, MA 02110<br>(617) 748-3626 |

Third Party Defendant,
By his attorney,

/s/   Daniel S. McInnis
Daniel S. McInnis, BBO#: 555127
COGAVIN & WAYSTACK
Two Center Plaza
Boston, MA 02108
(617) 742-3340

Dated: April 13, 2005