UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZORAIDA RIVERA<br>    Plaintiff<br>   v.<br><br>UNITED STATES OF AMERICA<br>    Defendant<br>   v.<br><br>HECTOR GUTIERREZ<br>    Third Party Defendant | CIVIL ACTION NO.: 04-12051-MEL |

**PLAINTIFF'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1**

The undersigned hereby affirm that they have conferred with a view to establishing, insofar as it is possible at this preliminary stage, a budget for the cost of conducting the full course – and various alternative courses – of the litigation; and to consider the resolution of the litigation through the use of Alternative Dispute Resolution programs.

/s/   Michael C. Najjar
Michael C. Najjar, BBO#: 366740
MARCOTTE LAW FIRM
45 Merrimack Street, Suite 410
Lowell, MA 01852-1776
(978) 458-1229

/s/   Zoraida Rivera
Zoraida Rivera
132 Branch Street
Lowell, MA 01852

Dated: April 13, 2005