## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ZORAIDA RIVERA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-12051-MEL |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Defendant. ) | |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Third-party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| HECTOR GUTIERREZ ) | |
| ) | |
| Third-party Defendant. ) | |

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), the undersigned hereby certify that counsel for the defendant United States of America and an authorized representative of the United States of America have conferred regarding the matters described in Local Rule 16.1(D)(3)(a) and (b).

| | |
|---|---|
| /s/ Jeffrey M. Cohen | /s/ Leslie Schumacher |
| Jeffrey M. Cohen | Leslie Schumacher |
| Assistant United States Attorney | Office of Chief Counsel |
| | U.S. Drug Enforcement Administation |

Dated: April 13, 2005