UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZORAIDA RIVERA,<br>    Plaintiff<br><br>VS.<br><br>UNITED STATES OF AMERICA,<br>    Defendant/Third Party Plaintiff<br><br>VS.<br><br>HECTOR GUTIERREZ,<br>    Third Party Defendant | C.A. NO. 04-12051-MEL |

## LOCAL RULE 16.1 (b)(3) CERTIFICATION OF THE THIRD PARTY DEFENDANT, HECTOR GUTIERREZ

The undersigned hereby certify that they have complied with the requirements of Local Rule 16.1 (b)(3), as the undersigned have conferred concerning the potential legal costs and expenses to be incurred in the defense of this matter, and they have also conferred, and are willing to consider the resolution of this litigation through the use of an alternative dispute resolution process.

_____
Deborah Ayers
Responsible Claims Professional
from Premier Insurance Company,
Insurer for third party defendant,
**Hector Gutierrez**

_____
Daniel S. McInnis, Esquire
BBO #555127
Cogavin and Waystack
Two Center Plaza
Boston, MA 02108
(617) 742-3340
Defense counsel for defendant,
**Hector Gutierrez**

DATED: 4/21/05

## CERTIFICATE OF SERVICE

I, Daniel S. McInnis, hereby certify that on April 27, 2005, I caused the within document, **LOCAL RULE 16.1 (b)(3) CERTIFICATION OF THE THIRD PARTY DEFENDANT, HECTOR GUTIERREZ**, to be served on all parties of interest in this matter by mailing a copy, postage prepaid to:

Michael C. Najjar, Esquire
Marcotte Law Firm
45 Merrimack Street
Lowell, MA 01852

Jeffrey M. Cohen, Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 9200
Boston, MA 02110


_____
Daniel S. McInnis, Esquire