**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| ZORAIDA RIVERA ) Plaintiff, ) v. ) Civil Action No. 04-12051-MEL UNITED STATES OF AMERICA ) Defendant. ) UNITED STATES OF AMERICA ) Third-party Plaintiff, ) v. ) HECTOR GUTIERREZ ) Third-party Defendant. ) | |

<u>JOINT REQUEST OF THE PARTIES TO PARTICIPATE IN COURT MEDIATION PROGRAM</u>

Pursuant to Local Rule 16.4(C)(4)(a), the parties jointly request that the Court assign this case to the Court Mediation Program for immediate mediation. The parties have conducted some discovery and jointly agree that mediation at this point may assist in resolving this matter without further litigation. The parties jointly request that the Court order that the mediation be conducted by Magistrate Judge Dein or Magistrate Judge Bowler.

\\

\\

\\

If mediation does not result in a resolution of the dispute, the parties shall promptly report the termination of mediation to the Court.

Respectfully submitted,

/s/ Jeffrey M. Cohen
Jeffrey M. Cohen
Assistant United States Attorney
Counsel for the United States

/s/ Michael Najaar
Michael Najaar
Marcotte Law Firm
Counsel for the Plaintiff

/s/ Daniel S. McInnis
Daniel S. McInnis
Cogavin and Waystack
Counsel for Third Party Defendant


Dated: January 23, 2006