**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<u>  ZORAIDA RIVERA       </u>
                Plaintiff(s)
         V.                                            CIVIL ACTION
<u>UNITED STATES OF AMERICA</u>
               Defendant(s)                   NO. <u>  04-12051-MEL  </u>
<u>UNITED STATES OF AMERICA</u>
         Third-party Plaintiff
         V
<u>HECTOR GUTIERREZ</u>
        Third-party Defendant   **ORDER OF REFERENCE**
                                                  **FOR**
                           **ALTERNATIVE DISPUTE RESOLUTION**

     After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to _____ for the following ADR program:

| | | | |
|---|---|---|---|
| _____ | SCREENING CONFERENCE | _____ | EARLY NEUTRAL EVALUATION |
| __X____ | MEDIATION | _____ | MINI-TRIAL |
| _____ | SUMMARY JURY TRIAL | _____ | SETTLEMENT CONFERENCE |
| _____ | SPECIAL MASTER | | |
| _____ | PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM | | |

     Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program. If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

<u>  January 27, 2006  </u>                        <u>/s/ Morris E. Lasker                        </u>
      DATE                                 UNITED STATES DISTRICT JUDGE

<u>CASE CATEGORY</u>

| | | | |
|---|---|---|---|
| Admiralty | _____ | Antitrust | _____ |
| Civil Rights | _____ | Contract | _____ |
| Copyright/Trademark/Patent | _____ | Environmental | _____ |
| ERISA | _____ | FELA | _____ |
| Labor Relations | _____ | Medical Malpractice | _____ |
| Personal Injury | _____ | Product Liability | _____ |
| Shareholder Dispute | _____ | | |
| Other | <u>Tort Claim                              </u> | | |

(ADR Referral.wpd - 4/12/2000)                                                                                [orefadr.]