UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ZORAIDA RIVERA,                  )
                                 )
              Plaintiff,         )
        v.                       )          CIVIL ACTION
                                 )          NO. 04-12051-MEL
UNITED STATES OF AMERICA,        )
                                 )
              Defendant,         )
        v.                       )
                                 )
HECTOR GUTIERREZ,                )
                                 )
        Third Party Defendant.   )


**REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION**


TO JUDGE LASKER


[  ]   The above-entitled case was reported settled after referral to the ADR Program, but prior
       to ADR.

[ X ]  On _____March 8, 2006_____, I held the following ADR proceeding:

       _____ SCREENING CONFERENCE          _____ EARLY NEUTRAL EVALUATION

       ___X___ MEDIATION                       _____ SUMMARY BENCH/JURY TRIAL

       _____ MINI-TRIAL                     _____ SETTLEMENT CONFERENCE

       All parties were represented by counsel, and the plaintiff was present in person.

       The case was:

[ X ]  Settled.  Your clerk should enter a 30-day order of dismissal.

[  ]   There was progress.  A further conference has been scheduled for _____,
       unless the case is reported settled prior to that date.

[  ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be
       productive.  This case should be restored to your trial list.

[  ]   Suggested strategy to facilitate settlement:

       _____

       _____


                                            ____/ s / Judith Gail Dein_____
                                            Judith Gail Dein, U.S. Magistrate Judge
DATED:  March 8, 2006                        ADR Provider