**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Zoraida Rivera<br>    Plaintiff | |
| V. | CIVIL ACTION<br><br>NO. 04-12051-MEL |
| United States of America<br>    Defendant | |
| Hector Gutierrez<br>    Third Party Defendant | |

**SETTLEMENT ORDER OF DISMISSAL**

**LASKER, S.D.J.**

The Court having been advised on  March 8, 2006  that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

| | |
|---|---|
| March 9, 2006<br>Date | /s/ George H. Howarth<br>Deputy Clerk |

(Dismissal Settlement.wpd - 12/98)                                                                                                          [stlmtodism.]

(Dismissal Settlement.wpd - 12/98)                                                                                                          [stlmtodism.]