UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZORAIDA RIVERA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 04-12051-MEL |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Third-party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| HECTOR GUTIERREZ, ) | |
| ) | |
| Third-party Defendant. ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AND INTEREST**

\\

\\

\\

\\

\\

\\

\\

\\

8

Pursuant to Fed. R. Civ. P. 41 (a)(1) the parties move this Honorable Court to dismiss this action with prejudice and without costs and interest.

Respectfully submitted,

For the Plaintiff,

/s/ Michael Najjar
Michael Najjar
Marcotte Law Firm
45 Merrimack Street
Lowell, MA 01852
(978) 458-1229
(978) 453-4468 (fax)

Dated: 3/21/06

For the Defendant and Third Party Plaintiff,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Jeffrey M. Cohen
Jeffrey M. Cohen
Assistant U.S. Attorney
1 Courthouse Way
Boston, MA 02210
617-748-3100
617-748-3969 (fax)

Dated: 3/30/06

For the Third Party Defendant,

/s/ Daniel S. McInnis
Daniel S. McInnis
Cogavin and Waystack
Two Center Plaza
Boston, MA 02108
(617) 748-3340
(617 748-723-7563 (Fax)

Dated: 3/24/06

9